```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0199--CV (RRB)
"F.S. AIR SERVICE INC V ALL NATIONS AIR INC"

Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/02/04
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (4) Incorporated or Principal Place of Business in This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (190) Other contract actions

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 09/02/04 receipt # 00123903
           Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

PLF 1.1           F.S. AIR SERVICE INC              Gregory A. Miller
                                                    Birch Horton et al
                                                    1127 W. 7th Avenue
                                                    Anchorage, AK 99501-3399
                                                    907-276-1550
                                                    FAX 907-276-3680

DEF 1.1           ALL NATIONS AIR INC               William M. Bankston
                                                    Bankston Gronning O'Hara P.C.
                                                    601 W. 5th Avenue, Suite 900
                                                    Anchorage, AK 99501
                                                    907-276-1711
                                                    FAX 907-279-5358

                                                    William F. Sherman
                                                    645 G Street, Suite 100 #856
                                                    Anchorage, AK 99501
                                                    907-277-1966
                                                    FAX 866-398-3561

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A04-0199--CV (RRB)
                      "F.S. AIR SERVICE INC V ALL NATIONS AIR INC"

                                For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/02/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 09/02/04 receipt # 00123903
          Trial by: Jury


Document #   Filed      Docket text

     1 -  1  09/02/04   Complaint filed; Summons issued.

     2 -  1  10/15/04   PLF 1 Return of Service Executed re: DEF 1 on 9/22/04.

     3 -  1  10/26/04   DEF 1 Attorney Appearance of W. Bankston & W. Sherman.

     4 -  1  11/03/04   RRB Minute Order plf is required to take action case not at issue.  Plf
                        to require an answer or apply for default w/in 20 days.  cc: cnsl

     5 -  1  11/10/04   DEF 1 Answer and Counterclaim.

     6 -  1  11/10/04   DEF 1 Jury Demand.

     7 -  1  11/10/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     8 -  1  12/06/04   PLF 1; DEF 1 Scheduling and Planning Conference Report.

     9 -  1  12/13/04   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 09/01/05; Dispositive motions deadline 10/03/05; Estimate of
                        trial 5 days. cc: cnsl

    10 -  1  12/15/04   PLF 1 motion to amend complaint w/att exhs.

    11 -  1  12/28/04   DEF 1 non-opposition to PLF 1 motion to amend complaint (10-1).

    12 -  1  12/30/04   RRB Order granting motion to amend complaint (10-1).  cc: cnsl

    13 -  1  12/30/04   PLF 1 Complaint (First Amended).

    14 -  1  01/13/05   DEF 1 Answer and Counterclaim.

    15 -  1  01/27/05   DEF 1 Stipulation to extend preliminary disclosures and preliminary
                        witness lists until 2/11/05.

    15 -  2  01/27/05   RRB Order granting stipulation to extend preliminary disclosures and
                        preliminary witness until 2/11/05 (15-1).  cc: cnsl
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A04-0199--CV (RRB)
                    "F.S. AIR SERVICE INC V ALL NATIONS AIR INC"

                               For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 01/31/05 | PLF 1 Answer to Counterclaim. |
| 17 - 1 | 02/17/05 | DEF 1 Notice of Filing Bankruptcy and automatic stay w/att exhs. |
| 18 - 1 | 02/24/05 | RRB Minute Order pursuant to def's notice of bankruptcy filing at docket 17, this matter is hereby stayed pending further order of the court. cc: cnsl |