UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

F.S. AIR SERVICE, INC. v. ALL NATIONS AIR, INC.

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                                CASE NO.  3:04-cv-00199-RRB

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 22, 2008

    There has been no activity in the case since the Order to file a Status Report was issued May 22, 2007. No Status Seport has been filed.  Counsel for plaintiff shall file a Status Report due March 10, 2008.

[]{IA.WPD*Rev.12/96}