Gregory A. Miller, Esq.
Birch, Horton, Bittner and Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Phone: 907.276.1550
Fax: 907.276.3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| F. S. AIR SERVICE, INC.,               ) | |
| )                                                      | |
| Plaintiff,                             ) | |
| )                                                      | |
| vs.                                               ) | |
| )                                                      | |
| ALL NATIONS AIR, INC.,                ) | |
| )                                                      | |
| Defendant.                         ) | Case No. 3:04-CV-00199-RRB |
| _____) | |

**REQUEST FOR A TEN-(10) DAY EXTENSION TO FILE STATUS REPORT**

Plaintiff F. S. Air Service, Inc. ("F. S. Air"), by and through its counsel of record, Birch, Horton, Bittner and Cherot, respectfully requests a ten-day extension from March 10, 2008 to March 20, 2008 to file the status report ordered by the Court because lead counsel Gregory A. Miller is currently on vacation and will not be returning to the office until on or about March 14, 2008. A proposed order is lodged with this request in accordance with D. Ak. LR 7.4(c).

DATED at Anchorage, Alaska, this 10th day of March, 2008.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Plaintiff F. S. Air Service, Inc.

By:  /s/ *Gregory S. Fisher*
       Gregory S. Fisher, ABA 9111084

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 10th day of March, 2008, a true and accurate copy of the foregoing was served by First Class Mail on:

William M. Bankston, Esq.
Bankston Gronning O'Hara PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

Will Sherman, Esq.
645 G St., Suite 100 #8561
Anchorage, AK  99501

BIRCH, HORTON, BITTNER AND CHEROT


By: /s/ *Sandra R. Mattingly*
        Sandra R. Mattingly

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680