Gregory A. Miller, Esq.
Birch, Horton, Bittner and Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Phone: 907.276.1550
Fax: 907.276.3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| F. S. AIR SERVICE, INC.,                )<br>                                                      )<br>          Plaintiff,                           )<br>                                                      )<br>     vs.                                          )<br>                                                      )<br>ALL NATIONS AIR, INC.,                )<br>                                                      )<br>          Defendant.                         )<br>_____) | Case No. 3:04-CV-00199-RRB |

### [PROPOSED] ORDER GRANTING EXTENSION TO FILE STATUS REPORT

This matter having come before the Court on Plaintiffs' request for a 10 day extension of time to file a status report, the Court having considered the request, any response filed, and being otherwise advised, it is ORDERED that the request is GRANTED. The status report shall be filed on or before March 20, 2008.

DATED at Anchorage, Alaska, this ___ day of March, 2008.

By:_____
    The Honorable Ralph R. Beistline
    United States District Judge

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 10th day of March, 2008, a true and accurate copy of the foregoing was served by First Class Mail on:

William M. Bankston, Esq.
Bankston Gronning O'Hara PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

Will Sherman, Esq.
645 G St., Suite 100 #8561
Anchorage, AK  99501

BIRCH, HORTON, BITTNER AND CHEROT


By: /s/ *Sandra R. Mattingly*
      Sandra R. Mattingly

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680