Gregory A. Miller, Esq.
Birch, Horton, Bittner and Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Phone: 907.276.1550
Fax: 907.276.3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| F. S. AIR SERVICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALL NATIONS AIR, INC., ) | |
| ) | |
| Defendant. ) | Case No. 3:04-CV-00199-RRB |
| _____) | |

## **STATUS REPORT**

This Court has asked for a status report in this matter. Plaintiff F. S. Air Service, Inc. ("F. S. Air") leased two Learjet aircraft to defendant All Nations Air, Inc. ("All Nations") in 2004. All Nations failed to make all lease payments and also failed to pay engine and maintenance "reserves," all as specified in the lease. F.S. Air sued to collect on these amounts. All Nations in turn counterclaimed, alleging that the planes were not in the condition they had desired (even though they used the planes for months without objection). All Nations thereafter declared bankruptcy (Chapter 11) -- not as a result of this case, but rather from its other debt load -- and this case was automatically stayed. At about that same time, F.S. Air was sold. It appears that All Nations thereafter came out of bankruptcy, but it is unknown if this

claim was discharged. Finally, it now appears that All Nations' attorney, Will Sherman, may be in Afghanistan, although for how long is not known.

There are thus questions to still be answered before F.S. Air can accurately provide this Court with the guidance it seeks as to whether this case will be prosecuted or voluntarily dismissed. F.S. Air therefore asks for an additional two weeks -- until April 3 -- to file another status report. A proposed order is hereby filed, for this Court's convenience.

DATED at Anchorage, Alaska, this 20th day of March, 2008.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Plaintiff F. S. Air Service, Inc.


By: ___/s/ Gregory A. Miller_____
　　　Gregory A. Miller, Alaska Bar No. 8711096


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served electronically through ECF this 20th day of March, 2008, on the following:

William M. Bankston, Esq.　　wbankston@bankston.to

William F. Sherman, Esq.　　wfs@lexalaska.com


　　　　　/s/ Gregory A. Miller
　　　　　Gregory A. Miller

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

STATUS REPORT　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 2
F. S. Air Service v. All Nations Air　　　　　　　　　　　Case No. A04-199 CI [RRB]
F:\505262\62\00005376.DOC