Gregory A. Miller, Esq.
Birch, Horton, Bittner and Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Phone: 907.276.1550
Fax: 907.276.3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| F. S. AIR SERVICE, INC.,              )<br>                                                      )<br>              Plaintiff,                     )<br>                                                      )<br>       vs.                                         )<br>                                                      )<br>ALL NATIONS AIR, INC.,             )<br>                                                      )<br>              Defendant.                  )<br>_____) | Case No. 3:04-CV-00199-RRB |

### [PROPOSED] ORDER GRANTING REQUEST
### TO FILE ANOTHER STATUS REPORT

This matter having come before the Court on Plaintiffs' request to file another status report, the Court having considered the request, any response filed, and being otherwise advised, it is ORDERED that the request is GRANTED. The additional status report shall be filed on or before April 3, 2008.

DATED at Anchorage, Alaska, this ___day of _____, 2008.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served electronically through ECF this 20th day of March, 2008, on the following:

William M. Bankston, Esq.    wbankston@bankston.to

William F. Sherman, Esq.    wfs@lexalaska.com


                                                          /s/ *Gregory A. Miller*
                                                             Gregory A. Miller

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680