Gregory A. Miller, Esq.
Birch, Horton, Bittner and Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Phone: 907.276.1550
Fax: 907.276.3680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| F. S. AIR SERVICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALL NATIONS AIR, INC., ) | |
| ) | |
| Defendant. ) | Case No. 3:04-CV-00199-RRB |
| _____) | |

## **PLAINTIFF'S THIRD STATUS REPORT**

This follows F.S. Air's March 20, 2008 status report in this matter. F.S. Air is amenable to permitting this case to be dismissed by this Court, with each side to be responsible for its own fees/costs, if opposing party similarly agrees to allow dismissal of All Nations' counterclaims. The undersigned has in turn relayed this via email to All Nations' counsel, and is awaiting word from opposing counsel. Mr. Bankston is out of town, and as of the time of this filing, attempts to establish email contact with him have failed. Mr. Sherman has indicated that he (Mr. Sherman) is awaiting word from his client. Accordingly, it is respectfully requested that this Court request the next status report be filed by counsel for All Nations Air, to confirm whether or not the case may be dismissed by this Court.

Alternatively, F.S. Air does not object to this Court entering a dismissal <u>with prejudice</u> of all claims and counterclaims, which would in turn have the same effect as a stipulated dismissal.

DATED at Anchorage, Alaska, this 1st day of April, 2008.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Plaintiff F. S. Air Service, Inc.

By: ___/s/ *Gregory A. Miller*_____
Gregory A. Miller, Alaska Bar No. 8711096

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served electronically through ECF this 1st day of April, 2008, on the following:

William M. Bankston, Esq.        wbankston@bankston.to

William F. Sherman, Esq.         wfs@lexalaska.com

/s/ *Gregory A. Miller*
Gregory A. Miller

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

PLAINTIFF'S THIRD STATUS REPORT                                    Page 2 of 2
F. S. Air Service v. All Nations Air                         Case No. A04-199 CI [RRB]
F:\505262\62\00006437.DOC