## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>F.S. AIR SERVICE, INC</u>  v.  <u>ALL NATIONS AIR INC.</u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                                           CASE NO.  <u>3:04-CV-00199-RRB</u>

<u>CAROLYN BOLLMAN</u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 6, 2008</u>

     No response to the order for a Status Report at docket 26 has been received.

     If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

[]{IL2.WPD*Rev.12/96}